

CJ-2022-3408
Dishman



IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUL 15 2022

RICK WARREN
COURT CLERK
45_____

| | |
|---|---|
| SIERRA WEBSTER AND SAMANTHA MCKEE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| K-MAC ENTERPRISES, INC., D/B/A TACO BELL, | ) ) ) |
| Defendant. | ) ) |

Case No. CJ-2022-3408

## PETITION

Plaintiffs, Sierra Webster and Samantha McKee ("Plaintiffs"), for their claims against Defendant, K-Mac Enterprises, Inc., d/b/a Taco Bell ("Defendant"), allege and state as follows:

1. Plaintiffs are residents of Oklahoma County, Oklahoma.

2. Defendant is a Missouri Corporation registered to do business in the State of Oklahoma.

3. Defendant operates the Taco Bell franchise located at 2850 N.W. 23rd Street, Oklahoma City, Oklahoma 73107 ("Taco Bell").

4. In the early afternoon of March 30, 2022, at approximately 12:30 p.m., Plaintiffs went to Taco Bell to have lunch.

5. They ordered their food and sat down. When their number was called and they went to pick up their order, their drinks were missing.

6. When they inquired about their drinks, the manager told one of the other employees to provide Plaintiffs their drinks and he refused.

7. Plaintiffs again requested their drinks, at which time the employee referenced above and another employee came out from the kitchen to the lobby, threw Plaintiffs to the ground and



EXHIBIT
2

severely beat them.

8. Plaintiffs have and will continue to suffer medical and pharmaceutical bills, pain and suffering, disability, mental anguish, lost wages, diminished earning capacity and other damages as a direct and proximate result of this incident.

WHEREFORE, Plaintiffs request actual, consequential and exemplary damages in an amount in excess of that required for federal diversity jurisdiction, together with interest, costs, attorney fees and all such other relief to which they may be entitled.

Respectfully submitted,

_____
James J. Pasquali, OBA #18443
510 E. Memorial Rd., Ste. C-4
Oklahoma City, OK 73114
Tel: (405)605-8380
Fax: (405)605-8340
Email: law.pasquali@gmail.com

-and-

Scott R. Farris, OBA #17224
6500 N. Grand Blvd., #172
Oklahoma City, OK 73116
Tel: (405) 205-6726
Fax: (405) 242-3661
Email: farrislawfirm@gmail.com

ATTORNEYS FOR PLAINTIFFS

**JURY TRIAL DEMANDED**
**ATTORNEY'S LIEN CLAIMED**

## VERIFICATION

STATE OF OKLAHOMA       )
                        ) ss.
COUNTY OF OKLAHOMA      )

Samantha McKee, of lawful age, being first duly sworn upon oath deposes and states:

That she is the Petitioner above named, that she has read the above Petition and knows the contents thereof to be true and correct.

_____
Samantha McKee, Petitioner

Subscribed and sworn to before me on this 11th day of July, 2022.

_____
NOTARY PUBLIC

My Commission Expires:

4-17-23

## VERIFICATION

STATE OF OKLAHOMA     )
                      ) ss.
COUNTY OF OKLAHOMA    )

Sierra Webster, of lawful age, being first duly sworn upon oath deposes and states:

That she is the Petitioner above named, that she has read the above Petition and knows the contents thereof to be true and correct.

_____
Sierra Webster, Petitioner

Subscribed and sworn to before me on this 11th day of July, 2022.

_____
NOTARY PUBLIC

My Commission Expires:
4-17-23